COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVANIA HUMAN RELATIONS COMMISSION

Mikayla Hoffman
1840 Locust Street
Pittsburgh, PA 15219

               Complainant

               v.

Corporate Air, LLC and Mark Schriener (an
individual)
15 Allegheny County Airport
West Mifflin, PA 15122

               Respondent

PHRC Case No.   202400221

**COMPLAINT**

Number of Employees Employed by Respondent(s):  20+

Protected Class(es):       [X] Sex                    [X] Retaliation

|  | Earliest | Latest *(if applies)* | ☐ |
|---|---|---|---|
| Date(s) Discrimination Took Place: | 12/11/2023 | 7/1/2024 | Continuing Action |

The Particulars Are:

1. I am a member of a protected class in that I am a woman. I have worked for Respondent since December 11, 2023.
2. Upon my hiring (December 2023) I was told by Mark Schriener, the company owner, that he would not hire women for a line staff position. Respondent instead hired me for a receptionist position.
3. From December 2023 to July 1, 2024, Schriener subjected me to quid pro quo sex harassment (I was told I would get promotions and raises and favorable changes to my job description if I engaged in a sexual relationship with one of the managers, Director of Maintenance Michael Lohr), hostile environment sexual harassment, verbal comments about my own and others sexual qualities, my appearance and unwelcome sexual touching including grabbing and kissing by Mr. Schriener.  Mr. Schriener also forced me to engage in telephone conversations of a sexually explicit nature with another female employee whom he was dating, while he listened and directed what I was to say.
4. Throughout this time, Schriener pressured me to engage in a sexual relationship with Director of Maintenance, Michael Lohr.
5. On July 1, 2024, Mark Schriener discharged me on behalf of Respondent, Corporate Air, LLC.
6. Respondents' actions were retaliatory because Respondent discharged me after I refused to enter into a sexual relationship with Michael Lohr, but also because I reported this conduct and the sex harassment and discrimination by Mark Schriener to Human Resources and I refused to take a bookkeeper position, which Mr. Schriener deemed more appropriate for a woman than the line staff position for which I was qualified and applied.

I believe that Respondent discriminated against me based on my sex (female) and retaliation in violation of the Pennsylvania Human Relations Act when it 1) sexually harassed me and 2) discharged me.

Based upon the foregoing, I allege that the Respondent(s) violated Section 5(a) and 5(d) of the Pennsylvania Human Relations Act, 43 P.S. §§ 951-963, and the implementing regulations, 16 Pa. Code §§ 41.1-47.74.

This complaint is dual-filed with the EEOC.

**[THE REST OF THIS PAGE IS LEFT BLANK ON PURPOSE]**

# VERIFICATION

I hereby verify that the statements contained in this Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to authorities. I will advise PHRC and any dual-filed Agency, in writing, in accordance with their procedures, if I change any contact information including my address or phone number.   I will cooperate fully with the PHRC in the processing of my complaint.  I understand that if I fail to cooperate, my complaint may be dismissed and closed.

07/31/2024
_____
Date

_____
Signature

Mikayla June Hoffman
_____
Printed Name


_____
Date

_____
Signature

_____
Printed Name

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVNAIA HUMAN RELATIONS COMMISSION

MIKAYLA HOFFMAN,

      Complainant,           Case No. 2024-00221

  v.

CORPORATE AIR, LLC and MARK
SCHREINER,

      Respondents.

## ANSWER

AND NOW, come the Respondents, by and through its undersigned counsel, and submits the within ANSWER, and in support thereof, state as follows:

1.      It is admitted that the Complainant is a woman who was hired on or about December 11, 2023.

2.      The averments of paragraph 2 are denied. The Complainant was not told by Mark Schreiner or any other person that the Complainant could not work in a line staff position, or that women would not be hired for that position. Rather, there were no current openings in line staffing when the Complainant was hired and during the short course of her employment, Complainant never indicated a desire to work in such a position nor did such a position become available.

3.      The averments of this paragraph are denied. No such statements or conduct occurred. Rather, the Complainant simply failed to appear for work and could not be reached through her contact information or the contact information of her emergency contact. Upon investigation, Corporate Air discovered that the Complainant committed certain improprieties during the course of her employment and believed that

was the reason for her failure to attend work.  This caused Corporate Air to retain counsel and file a writ of summons against the Complainant on July 3, 2024.  The Writ was served by the Allegheny County Sheriff on July 26, 2024.  This Complaint soon followed.

      4.     The averments of this paragraph are denied.  No such statements or conduct occurred.  The Respondents incorporate their response to paragraph 3 above.

      5.     The averments of this paragraph are denied.  No such statements or conduct occurred.  The Respondents incorporate their response to paragraph 3 above.

      6.     The averments of this paragraph are denied.  No such statements or conduct occurred.  The Respondents incorporate their response to paragraph 3 above.

      WHEREFORE, it is respectfully requested that the Complaint be dismissed.

                           Respectfully Submitted:

                           */s/ David L. Fuchs*
                           DAVID L. FUCHS
                           PA I.D. #205694
                           TERESA K. FUCHS
                           PA I.D. #205696
                           Fuchs Law Office, LLC
                           554 Allegheny Ave, First Floor
                           Carnegie, PA  15106
                           (412) 223-5404 (phone)
                           (412) 223-5406 (facsimile
                           dfuchs@fuchslawoffice.com

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVNAIA HUMAN RELATIONS COMMISSION

MIKAYLA HOFFMAN,

        Complainant,        Case No.  2024-00221

    v.

CORPORATE AIR, LLC and MARK
SCHREINER,

        Respondents.

<u>CERTIFICATE OF SERVICE</u>

David L. Fuchs hereby certifies, that on the 4<u>th</u> day of September, 2024, a true

and correct copy of the foregoing **ANSWER** was served upon the following *via email:*

MiKayla Hoffman
1840 Locus St.
Pittsburgh, PA 15219

Christopher Gabriel
Gabriel Fera PC
1010 Western Ave.
Suite 200
Pittsburgh, PA 15233

          */s/ David L. Fuchs*
          DAVID L. FUCHS
          PA I.D. #205694
          Fuchs Law Office, LLC
          554 Allegheny Ave, First Floor
          Carnegie, PA  15106
          (412) 223-5404 (phone)

I verify that the statements of fact made in the foregoing **ANSWER** are true and correct to the best of my knowledge, information and belief.  I understand that these statements of fact are subject to the penalties of **18 Pa. C.S.A. Section 4904** relating to unsworn falsifications to authorities.

Date 9/4/24