**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIKAYLA HOFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:24-CV-1380 |
| v. | ) | |
| | ) | |
| CORPORATE AIR, LLC and MARK | ) | **ELECTRONICALLY FILED** |
| SCHREINER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO DISMISS AMENDED COMPLAINT</u>

NOW COME Defendants Corporate Air, LLC and Mark Schreiner, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby file this Motion to Dismiss. For the reasons set forth in the accompanying Brief in Support of Motion to Dismiss, Defendants request that Counts IV, V and VI of the Amended Complaint be dismissed.

Dated: <u>January 6, 2025</u>

Respectfully submitted,

GORDON & REES LLP

*s/ Craig W. Snethen*
Craig W. Snethen
Pa. I.D. No. 86050
csnethen@grsm.com
707 Grant Street, 38th Floor
Pittsburgh, PA 15219
(412) 577-7400
(412) 347-5461 *facsimile*

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIKAYLA HOFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:24-CV-1380 |
| v. | ) | |
| | ) | |
| CORPORATE AIR, LLC and MARK | ) | **ELECTRONICALLY FILED** |
| SCHREINER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2025, *Defendants' Motion to Dismiss* was filed with the

Court.  The parties can access this filing electronically through the Court's CM/ECF system.


*s/ Craig W. Snethen* _____
Craig W. Snethen