IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKAYLA HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORPORATE AIR, LLC and MARK SCHREINER (an individual),<br><br>　　　　Defendants. | Civil Action No. 24-1380 |

## ORDER OF COURT

AND NOW, this 12th day of September 2025, upon consideration of Defendants' partial Motion to Dismiss the Amended Complaint (Docket No. 10) seeking dismissal of Counts IV, V, and VI, and the briefs filed by the parties in support and in opposition thereto; and for the reasons the Court stated on the record at the oral argument held this day, IT IS HEREBY ORDERED that Defendants' motion (Docket No. 10) is **granted in part and denied in part**. The motion is **granted** to the extent that Count IV is **dismissed** pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Such dismissal is **with prejudice**. The motion is **denied** to the extent that it seeks dismissal of Counts V and VI.

　　　　　　　　　　　　　　　　　　　　　　*s/ W. Scott Hardy*
　　　　　　　　　　　　　　　　　　　　　　W. Scott Hardy
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc/ecf:  All counsel of record